UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

ROCKY POINT HOMEOWNER'S
ASSOCIATION, INC.,

                Plaintiff,

v.                                                    6:06-CV-0106
                                                    (DNH/GHL)

UNITED STATES FIDELITY & GUARANTY
COMPANY,

                Defendant.
_____
_____

UNITED STATES FIDELITY & GUARANTY
COMPANY,

                Third Party Plaintiff,

v.

SCHOPFER ARCHITECTS LLP,

                Third Party Defendant.
_____

APPEARANCES:                                      OF COUNSEL:

MENTER, RUDIN & TRIVELPIECE, P.C.         VIC J. KOPNITSKY, JR., ESQ.
Counsel for Plaintiff
Suite 500, 500 South Salina Street
Syracuse, New York 13202-3300

ERNSTROM & DRESTE, LLP                     TODD R. BRAGGINS, ESQ.
Counsel for Defendant
180 Canal View Boulevard
Suite 600
Rochester, New York 14623-2849

SUGARMAN LAW FIRM, LLP          SAMUEL M. VULCANO, ESQ.
Counsel for Third Party Defendant
360 South Warren Street
HSBC Center
Syracuse, New York 13202

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

The Court has reviewed Plaintiff's counsel's letter to the Court of October 25, 2006 (Dkt. No. 10), and the stipulation of settlement (Dkt. No. 11), and the Court and all counsel conferred by telephone on November 17, 2006. A disposition of this case based upon the stipulation of settlement is acceptable to the Court.

**ACCORDINGLY**, it is hereby

**ORDERED**, that all of the dates set forth in the Uniform Pretrial Scheduling Order (Dkt. No. 9) and all proceedings in this matter are **stayed through August 31, 2007**; and it is further

**ORDERED**, that a telephone conference with counsel is scheduled for **9:00 a.m. on August 28, 2007**. Defendant's counsel will be responsible for initiating the conference call using AT&T or any teleconference service and should call the chambers of Magistrate Judge George H. Lowe at (315) 234-8618, a dedicated conference line which may not be used for other purposes.

Dated: November 17, 2006
       Syracuse, New York

                                               George H. Lowe
                                               United States Magistrate Judge